PENLAND v. PRIMEAU

No. 239P98

Case below: 129 N.C.App. 647

Motion by defendant for temporary stay denied 22 June 1998.

PHILLIPS v. STATE FARM MUTUAL AUTO. INS. CO.

No. 144P98

Case below: 129 N.C.App. 111

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

PIAZZA v. LITTLE

No. 193PA98

Case below: 129 N.C.App. 77

Petition by unnamed defendant (Automobile Insurance Company of Hartford) for discretionary review pursuant to G.S. 7A-31 allowed 8 July 1998.

R. J. REYNOLDS TOBACCO CO. v. LIGGETT GROUP, INC.

No. 179P98

Case below: 129 N.C.App. 264

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

ROBERTSON v. CITY OF HIGH POINT

No. 155P98

Case below: 129 N.C.App. 88

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.